AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
AUG 11 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Ramiro Rodriguez Martiarena<br><br>*Defendant(s)* | )<br>)<br>) Case No. DR-25-3337-M-01<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 8, 2025___ in the county of ___Val Verde___ in the ___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1): | [It shall be unlawful for] whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
Complainant's signature

Micah McGlothlin, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/11/25

City and state: Del Rio, Texas

_____
Judge's signature

Hon. Matthew Watters, USMJ
Printed name and title

Attachment A

On August 8, 2025, Special Agents of the Homeland Security Investigations (HSI) office in Del Rio, Texas received a report from the United States Customs and Border Protection (CBP) related to an incident at the Del Rio Port of Entry. The Del Rio Port of Entry is an international port of entry of the United States located in the Western District of Texas, which is managed and operated by CBP government employees and law enforcement officers of the United States Government. The following information was reported by CBP law enforcement officers during the investigative process which implicated an individual by the name of Ramiro Rodriguez-Martiarena for knowingly impeding, resisting, and/or opposing law enforcement officers in the execution of their official duties.

On August 8, 2025, at approximately 10:37 p.m., the defendant, Ramiro Rodriguez-Martiarena, was traveling from the Republic of Mexico to the United States and being inspected by CBP law enforcement officers. During the inspection, CBP Officer G. Torres observed the defendant, sitting on a bench on his cell phone. Officer Torres advised Rodriguez-Martiarena during the inspection he was not able to use his phone. Officer Torres asked for Rodriguez-Martiarena to give Officer Torres the phone and Rodriguez-Martiarena complied by handing Officer Torres the phone. Officer Torres advised the defendant he would place his phone on the dashboard of his vehicle during the inspection. Subsequently, Officer Torres observed the phone was receiving frequent communication (calls and text messages) from a contact of the device. Officer Torres grabbed the phone and brought it to Rodriguez-Martiarena to ask him about the communication. Officer Torres instructed Rodriguez-Martiarena to explain who he was texting during the time of the initiation of the inspection. Rodriguez-Martiarena grabbed the phone and pulled it towards his body. Officer Torres reported he believed Rodriguez-Martiarena was actively attempting to delete information from the cellular device. Officer Torres attempted to retrieve the phone from Rodriguez-Martiarena, in an attempt to recover the phone. Rodriguez-Martiarena slapped Officer Torres' hand. Officer Torres attempted to grab the defendant's hand to which Rodriguez-Martiarena pulled his hand away. CBP Officer J. Rangel was also present during this incident and was standing aside Rodriguez-Martiarena during the event. CBP Officers assisted Rodriguez-Martiarena to the ground and placed Rodriguez-Martiarena in handcuffs without further incident.