**FILED**
**SEP 25 2025**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. **DR25CR2289** |
| | § | **INFORMATION** |
| v. | § | |
| | § | [VIO: COUNT ONE: 18 U.S.C. § |
| | § | 111(a)(1) – Assaulting, Resisting or |
| RAMIRO RODRIGUEZ MARTIARENA, | § | Impeding Certain Officers or |
| | § | Employees.] |
| | § | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 111(a)(1)]

On or about August 9, 2025, in the Western District of Texas, Defendant,

RAMIRO RODRIGUEZ MARTIARENA,

intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with United States Customs and Border Protection Officer G.T., who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: _____
JOSEPH DUARTE II
Assistant United States Attorney