UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  DR:25-CR-02289(1)-EG |
| § | |
| (1) RAMIRO RODRIGUEZ MARTIARENA § | |

### ORDER OF REFERRAL

The Court hereby ORDERS that the above-styled case is referred to the **Honorable JOSEPH A. CORDOVA**, United States Magistrate Judge for the purpose of rearraignment/plea.

**Plea is set for February 23, 2026 @ 10:00 a.m.**

SIGNED this 15th day of January, 2026

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE